**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00716-CV

**JOSE SYLVESTERE LOPEZ, Appellant**

**V.**

**CLAUDIA LOPEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-05531-S**

## ORDER

The cause in this case is being submitted on briefs. No oral argument is scheduled. Accordingly, Jose Sylvestere Lopez's motion for bench warrant so he can appear at oral argument is **DENIED**.

/s/     MOLLY FRANCIS
        PRESIDING JUSTICE